No. 66623.—James G. Wiley, a/c K. H. Nishi & Son, et al. *v.* United States, protests 60/30902, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of stone lanterns similar in all material respects to those the subject of *Otagiri Mercantile Co., Inc., et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiffs was sustained.